27 F.3d 562
 Darden (Robert D., Jr.), Estate of Manhart (James W.),
Manhart (James W.), Estate of Manhart (Oksana
Mensheha, Mark, Peter, Ingrid)
v.
Pebble Beach Realty, Inc., a/k/a Island Resorts Realty,
a/k/a Pebble Beach Resort a/k/a Pebble Beach, a/k/a McNeill
Spectrum Island Resorts, McNeill Spectrum, Inc., a/k/a
McNeill Spectrum Real Estate & Construction Company, a/k/a
JMD Associates, Inc., a/k/a McNeill Realty, a/k/a McNeill
Realty & Construction Company, a/k/a McNeill Spectrum
 NO. 93-2163
 United States Court of Appeals,
Fourth Circuit.
 June 08, 1994
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.